UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Keith Chynoweth,

          Plaintiff,         Case No. 24-10469

v.                                  Judith E. Levy
                                  United States District Judge

State Farm Fire and Casualty
Company,                        Mag. Judge Elizabeth A. Stafford

          Defendant.

_____/

## **ORDER STRIKING JOINT DISCOVERY PLAN [3]**

The Court has reviewed the parties' joint Rule 26(f) discovery plan. (ECF No. 3.) The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ **Wrong font size** or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The document (ECF No. 3) is STRICKEN and not part of the record. The document must be refiled in full compliance with the applicable rule(s) by **Tuesday, April 23, 2024**.

IT IS SO ORDERED.

Dated: April 18, 2024           s/Judith E. Levy
   Ann Arbor, Michigan        JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2024.

s/Holly Ryan
In the absence of
WILLIAM BARKHOLZ
Case Manager
